

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 11, 2021

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**Re:** **United States v. Harry Rodriguez**
**21 Cr. 588 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn the conference currently scheduled for Tuesday, November 16, 2021, for approximately thirty days. The Government, by Assistant United States Attorney Rebecca Dell, consents to this application.

    The parties are continuing to discuss a pre-trial resolution of this matter and we need additional time to complete that process.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rodriguez
212-417-8729

Application GRANTED.

The conference scheduled for November 16, 2021, is hereby ADJOURNED to **December 22, 2021, at 2:30 p.m.**

The Court will exclude time from November 16, 2021, to December 22, 2021. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Rodriguez in a speedy trial because it will permit the parties to continue negotiating a pre-trial disposition.

The Clerk of Court is directed to terminate the motion at docket entry 9.

SO ORDERED.

Dated: November 12, 2021
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE