**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2022

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



Re:  **United States v. Harry Rodriguez**
     **21 Cr. 588 (KPF)**

Dear Judge Failla,

  I write to respectfully request that the Court adjourn the conference currently scheduled for Wednesday, March 23, 2022, for approximately thirty days. The Government, by Assistant United States Attorney Andrew Rohrbach, consents to this application.

  We requested discovery from the government and are still in the process of reviewing it. The lockdowns and restricted visits at Essex County Correction Facility have slowed our review process significantly and we need the requested adjournment to complete that process.

  Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

  Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rodriguez
212-417-8729

Application GRANTED.

The conference in this matter is hereby ADJOURNED to **April 26, 2022, at 12:00 p.m.**

Additionally, time is excluded between March 23, 2022, and April 26, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Rodriguez in a speedy trial because it will permit Mr. Rodriguez and his counsel to review discovery and determine the appropriate next steps in this case.

The Clerk of Court is directed to terminate the motion at docket entry 19.

Dated: March 18, 2022
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE