UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HARRY RODRIGUEZ,<br><br>　　　　　　　　Defendant. | 21 Cr. 588 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court will hold a change-of-plea conference in this case on **August 19, 2022, at 2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

　　SO ORDERED.

Dated:　August 15, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KATHERINE POLK FAILLA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge