# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 27, 2023

**<u>VIA ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007



Re:    <u>**United States v. Harry Rodriguez**</u>
**21 Cr. 588 (KPF)**

Dear Judge Failla,

    I write to respectfully request that the Court adjourn Mr. Rodriguez's sentencing, which is currently scheduled for May 17, 2023 for approximately 3 weeks. Unfortunately, undersigned counsel has a scheduling conflict that arose for May 17; the sentencing for the capital trial I just completed in <u>United States v. Saipov</u>, 17 Cr. 722 (VSB), has been scheduled for that same day before the Honorable Vernon S. Broderick. I consulted with the Government by Assistant United States Attorney Rebecca Dell and Andrew Rohrbach about alternative dates and both parties are available beginning three weeks later. The Government has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Rodriguez
212-417-8729

```
Application GRANTED.  Mr. Rodriguez's sentencing, which is currently
scheduled for May 17, 2023, is hereby ADJOURNED to 11:00 a.m. on
July 7, 2023.

The Clerk of Court is directed to terminate the motion at docket
entry 30.
```

SO ORDERED.

Dated:    April 28, 2023
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE