

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2023



**By ECF**
The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, New York 10007

  **Re: United States v. Harry Rodriguez, 21 Cr. 588 (KPF)**

Dear Judge Failla:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney


      by: /s/ Andrew Rohrbach
        Andrew Rohrbach
        Assistant United States Attorney
        (212) 637-2345

CC: Defense counsel (by ECF)

```
Application GRANTED.  The Clerk of Court is directed to terminate
Mr. Rohrbach from the docket and to terminate the motion at docket
entry 34.
```

        SO ORDERED.

```
Dated:    June 6, 2023
          New York, New York
```

        *Katherine Polk Failla*

        HON. KATHERINE POLK FAILLA
        UNITED STATES DISTRICT JUDGE